# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

October 16, 2014

**Before**

MICHAEL S. KANNE, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

ROBERT M. DOW, JR., *District Judge*[*]

Nos. 12-2621, 12-2762

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff–Appellant*, | Appeal from the United States District Court for the Western District of Wisconsin |
| v. | No. 3:07-cr-00080-wmc-1 |
| QUADALE D. COLEMAN, *Defendant–Appellee*. | William M. Conley, *Chief Judge*. |

—————————————————————

| | |
|---|---|
| QUADALE D. COLEMAN, *Petitioner-Appellee*, | Appeal from the United States District Court *for the Western District of Wisconsin* |
| v. | No. 3:10-cv-00736-wmc |
| UNITED STATES OF AMERICA, *Respondent-Appellant*. | William M. Conely, *Chief Judge*. |

### O R D E R

No judge of the court having called for a vote on the Petition For Rehearing and

---

[*] The Honorable Robert M. Dow, Jr., of the Northern District of Illinois, sitting by designation.

Suggestion for Rehearing En Banc filed by Defendant-Petitioner-Appellee on

September 29, 2014, and all of the judges on the original panel having voted to deny the

same,

IT IS HEREBY ORDERED that the Petition For Rehearing and Suggestion for

Rehearing En Banc is DENIED.

IT IS FURTHER ORDERED that the opinion issued in the above-entitled case on

August 14, 2014, is hereby amended as follows:

> The last sentence in the opinion is revised so that it reads:
> "Based on our decision in *Hawkins*, the decision of the
> district court in No. 12-2621 resentencing Coleman is
> VACATED, the decision in No. 12-2762 granting the § 2255
> motion is REVERSED and the case is REMANDED to the
> district court for further proceedings consistent with this
> opinion, including consideration of any remaining issues
> presented in the § 2255 motion."